UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TRAVIS P. GAUTHIER

VERSUS

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY

CIVIL ACTION

NUMBER 06-505-SCR

### RULING

Before the court is the plaintiff's Motion for Attorney's Fees and Expenses Pursuant to the Equal Access to Justice Act. Record document number 15. Defendant filed a response.[1]

Plaintiff seeks a total of $2,760.50 in attorney fees and paralegal fees, and recovery of the filing fee of $350.00.

In his response the Commissioner stated that he has no opposition to the total amount of fees and expenses sought by the plaintiff.

A review of the motion shows that it was timely filed, the prerequisites for an award of fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), are satisfied, and the amount of fees and costs requested by the plaintiff is reasonable.

Accordingly, the Plaintiff's Motion for Attorney's Fees and Expenses Pursuant to the Equal Access to Justice Act is granted.[2]

---

[1] Record document number 16.

[2] The motion requested that the award of fees and expenses be "payable to his attorney." The court is not aware of any authority under the EAJA whereby it can require the defendant to pay the fees directly and solely to the plaintiff's attorney.

Plaintiff is awarded attorney and paralegal fees in the total amount of $2,760.50.  Under 28 U.S.C. §1920, the plaintiff is awarded costs in the amount of $350.00.

Baton Rouge, Louisiana, December 21, 2007.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE